Theresa Campo, Plaintiff-Respondent, v. Clark Theater and Ed Trinz, Ann A. Trinz, Bruce S. Trinz, James K. Trinz, Muriel Lubliner, Robert Lubliner, Bee Lubliner, Gladys Rubin, and Jack A. Winter, a Partnership, Defendants-Petitioners.

Gen. No. 54,171. (Abstract of Decision.)

First District, First Division.

April 6, 1970.

Simon & Weaver, of Chicago (James R. Mitchell, of counsel), for appellants; Anthony L. Russo, of Chicago, for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.